The next and last case on our calendar is John Krondes v. National Mortgage and Bank of America. Neither of the defendants are here. Good morning, everyone. Good morning. John Krondes here. And thank you for the opportunity for the oral argument. You're welcome. And I'd like to begin just by stating that there's a complete discrepancy and difference of opinion between the defendants who are not here. And they're basically sole claim that this is an action that I filed in federal court to avoid or circumvent what they call, quote, a valid and necessary state foreclosure action, which those claims have already been proven as completely false and untrue. And I filed this lawsuit not for anything that they're raising, but for the reasons that, as stated in my complaint, in the 21-count complaint and in my objection to the motion to dismiss and my appellant brief and my reply to their reply. For the filing and knowing and purposeful filing of false documents, manufacturing and filing of false documents with both state and federal courts. And their claims and my claim of these manufacturing and usage of these fake documents, of fake note and mortgage, assignments of mortgage and other documents, are a promotion and an extension of what I call the original frauds that were perpetrated by Countrywide Home Loans, Inc., who is still to this day an active New York corporation. And I want to first go towards their, the defendant's argument that this case does not belong first in a federal court and does not belong in the Southern District of New York is silly. I studied the law very hard and at length and long hours, and I had every right to file this lawsuit, which is pending, John J. Krandus against Nation Star Mortgage et al. and the other defendants in the Southern District of New York, first because there's diversity jurisdiction. I live in Connecticut. All the defendants except one, the president of Nation Star Mortgage, are corporate defendants. One of the primary defendants, which I complain of in this complaint and to this day, is a New York and Manhattan-based corporation and entity, Bank of New York Mellon, which they allege themselves formerly known as Bank of New York, who for numerous years and decades was a New York corporation, still is a New York corporation, and Supreme Court case law is very clear and instructs district court judges and district courts to follow their opinions and rulings that when there's a question of jurisdiction and diversity, that the district courts should lean towards where and find where is the nerve center, where is the control center of these. I'm sorry. The failure of diversity that induced Judge Pauley to dismiss this action, it was because there was another state court action with the same parties going on at the same time called a parallel proceeding? Right. Their claims are twofold. One is jurisdiction, wrong jurisdiction. This belongs in Connecticut because the property lies in Connecticut. I have no business coming to New York or to any federal court, for that matter, is what they're saying. And number two, you're correct in what their other part of their argument is, that I don't belong in any federal court because there's a pending valid foreclosure action. That's completely false. That's what our precedent says, that if there are two proceedings, they don't both proceed at the same time. I understand that, but their argument fails because, first of all, one of the first things that was alleged and documents that were attached as explicit exhibits to my complaint from day one were the John J. Krondus notice of rescission, which was served upon the alleged original lender, which goes back to the subject matter of this case, the alleged note and mortgage by America's wholesale lender. Was that also a document that was available to you to file in the state court proceeding, mortgage foreclosure proceeding, as a defense to the foreclosure? That's a good question, but no, because for the simple reason that I went to the city of Stanford Land Records, where I live, and I work in law. I work for other law firms. I'm an investigator, a fraud investigator, an expert, a consultant. And I went to check on my own case to look in the land records. There was no pending lawsuit. In 2014-15, I went to the land records to see who filed what and who actually claimed to be the alleged lender. This goes back to an alleged 2003 contract. The alleged lender was America's wholesale lender. I later discovered through my investigations that that's a fake entity. That's a the named entity in the note and mortgage was America's wholesale lender, who purported to be a New York corporation. I investigated all those claims. The New York State Division and Division of State, Division of Corporations, provided me with a certified negative registration certificate stating that that entity, America's wholesale lender, never existed. That's fictitious. Sotomayor, isn't this an issue, though, in the State foreclosure, that this was a fictitious party? Didn't you raise that in the State foreclosure proceeding? Well, not at this point. But that — When? Sorry. Let's — the question, as I heard it from Judge Pooler, was not when did you do it or not do it. Did you raise it as an issue at some point, I will add, in the State foreclosure proceeding? Well, going back and looking at the original timeline, there's a serious — Yes or no to that question? No. Not at this point. You never did that? No, because I didn't know about this. There was three lawsuits. Have you done it? No. Could you have done it? Not to this date. Not until today? You just found out about it today? No, I found out about it before. Is the State foreclosure proceeding still going on? It is. But that case was filed more than two years after I served the alleged lender with a notice of rescission. And I didn't even have to do this, but served every alleged creditor that participated in the first two prior cases which were dismissed. Two foreclosures because they were joined in because they had liens? Correct. It was the same — basically the same plaintiff. So they're trying to attempt to get three bites at the apple, making the same false claims that I, John Krandus, promised to pay America's wholesale lender $162,000. The first two cases were dismissed. I didn't know about this until after those cases were dismissed. But those cases were dismissed, and they're raising, first of all, issues that protect me by race judicata. Number one, they're suing me for the third time on a contract, an alleged contract which is void by reasons of fraud. Secondly, it was rescinded. And by Judge Scalia's last Supreme Court case, which was the Jesenowski decision, made it very clear-cut that upon operation of law, by the mailing of that notice of rescission to the lender, the note and mortgage are canceled. The lender didn't exist. They couldn't reply in 2015 to my notice of rescission. That process was complete pursuant to Judge Scalia's decision. These parties, and I served Nation Star Mortgage, who is really behind this, and the President, who is a defendant, multiple times by certified mail, FedEx, and regular mail, demand letters to cease and desist, communicating with me that this alleged note and mortgage that they're trying to collect on, an invalid, expunged debt, which, without the rescission, was void by reasons of fraud because it was a void, fraudulent contract by a party that doesn't exist. There was never consummation pursuant to Federal law. And Tila- Because you rescinded. Well, even if I didn't rescind, there's no consummation. There could not be consummation between John Krandus or Your Honor, or if your wife had thought she or yourself did that, that party did not exist. And they're claiming Connecticut case, that this belongs in Connecticut, but Connecticut itself, in 2004, issued a ruling in 2005, Pagano v. America's Wholesale Lender and Silverstein v. America's Wholesale Lender. There were a few appellate court and Supreme Court cases which basically said what I'm saying, that that's not possible, that America's Wholesale Lender is not and was never and is not today a proper contracting party. They don't exist. They don't have their own legal existence. They don't have rights. They were not they- Is there a case going on in Connecticut now? There is a case going on in Connecticut. What is that case? It's the same as the first two cases. The title of the case is Bank of New York Mellon as trustee for a CWOBS Inc. asset-backed certificates trust 2003-2. And I've later discovered, which is all in my complaint and in my brief and my reply brief, which the defendants don't address those issues. They only bring to this court and to the appellate court the fact that I'm filing this action because it's an improper or collateral attack on a valid foreclosure action, which is completely false. But number two is the fact that they were in possession. Could you make these arguments in Connecticut in the trial court and then in the court of appeals? Well, they could be brought in the state court. However, that's a violation of my Federal rights. I'm just asking you as a matter of law, as you understand it, you could be making all of these same arguments up in Connecticut, over in Connecticut. Well, it could be made in any court. But that's not any court, because Connecticut is the court. In the courts of Connecticut are where they are seeking to foreclose on your property. So in those proceedings, you could be telling all of this to a single judge or a panel of three or the Connecticut Supreme Court, right? I understand that. But that, there was no reason. You agree with that proposition. I agree with it. It could be made in Connecticut, in Connecticut Federal Court, any court. I disagree wholly, first of all, that I should, my case should have been dismissed when the defendants filed no document, had no oral argument, not one objection, valid objection to the, to the. Have they been served? Absolutely. No, no, I'm just, I'm just making sure I understand the record. Right. Well, there's a lot of facts here. But they were served in 2017 by me with this lawsuit. Right. I, in fact, was near dead with a lethal bloodstream infection, heart failure, endocarditis, and was never served with a complaint. In three lawsuits, I was never served with a complaint. The first two were dismissed. In the Connecticut court. Correct. There was, there was no, there was fraudulent service of process by the same entities in the prior two lawsuits. And there's no, there's no valid reason for that State lawsuit. So that's the other big problem that I have with this. I served all of them, each one of those creditors, which I didn't have to do that by, by law and what Judge Scalia said, only I had to notice and serve the lender. The lender is fictitious. But I served Nation Star Mortgage, Bank of New York Mellon, who's headquartered in New York. I served Countrywide Home Loans, who is still an active shell corporation, who is a New York corporation. Bank of America, N.A., Bank of America Corporation. I served all of them, including the president of Nation Star, and communicated with him for nearly a year with five written demand letters and a copy each time of the notice of rescission, which they ignored. Your time has long since expired. We will look at the record carefully. If what you say is correct, perhaps the judge should not have dismissed this case. But he did it on the basis of a parallel proceeding. And we will all satisfy ourselves that such a proceeding exists or it doesn't exist. That's all I can say now. Right. And if I could just, in closing, and I thank you, state that the documents speak for themselves. Indeed. I worked in the securities industry for almost 14 years. I investigated these claims with the SEC. They're all in the record for you to review. The SEC provided not one but two negative registration certificates confirming my claims that both of these alleged securitized trusts don't exist. So Bank of New York Mellon and Nation Star Mortgage, who really filed the action, not Bank of New York Mellon, are committing a major, major fraud. So there's many reasons why this state case needs to be dismissed with prejudice. There's no valid claim. We have nothing to do with the state case. I understand that. However, Judge, I think Judge Pauly did not have all the facts and relied on false statements by the defendants. At a worst case, this case should not have been dismissed. He could have transferred it to some other jurisdiction. But I disagree that it should be in another jurisdiction. It should be here because the original frauds and the frauds that are being furthered and promoted today are being perpetrated in the state of New York, not only the state of New York, right around the corner. In the headquarters and nerve center of the Bank of New York Mellon, Countrywide Home Loans, Bank of America, who has many operational centers right here in Manhattan, they all conduct not regular and normal business, but a tremendous amount of business. And the frauds that I'm complaining of are all coming out of this state, this city of New York. I have every right, according to Federal law and my understanding of Supreme Court cases, in the Supreme Court, which says that the district courts and the appellate courts should look towards where is the nerve center. That's where these fraudulent documents are being manufactured and distributed from right here in New York City. Thank you, all of you. Thank you very much. To adjourn court.